LNM: 2019R00017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF A CRIMINAL COMPLAINT AGAINST KEITH WASHINGTON | Case No. 19-0139 JMC |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Messick, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, depose and state as follows:

1. This Affidavit is submitted in support of a Criminal Complaint for Keith WASHINGTON born on December 25, 1984, with FBI Number 562534AC6, of Baltimore, Maryland. As detailed below, there is probable cause to believe that WASHINGTON violated 21 U.S.C. § 841(a), Distribution of Controlled and Dangerous Substances.

2. I am a duly sworn member of the ATF and have been so employed since 2016. I am currently assigned to ATF Baltimore Field Division, Baltimore VI Field Office in Baltimore, Maryland. Thus, I am an "investigative or law enforcement officer ... of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint. The information contained in this Affidavit is based upon my review of reports and documents, physical surveillances, observations, interviews and investigative activity by myself and other law enforcement officers.

4. Since January of 2018, the ATF has been investigating a violent narcotics trafficking organization that operates in the 5100 block of Park Heights Avenue in Baltimore, Maryland and the surrounding areas. Based on evidence gathered to date, including information from confidential sources, observations of law enforcement officers, and controlled purchases of

19 - 0 1 3 9 JMC

"crack" cocaine, investigators believe that members of the drug trafficking organization (DTO) are responsible for trafficking cocaine base in Northwest Baltimore City. The investigation has led to the identification of Keith WASHINGTON as a member of the DTO. The evidence obtained from the investigation to date demonstrates that WASHINGTON has possessed and distributed controlled and dangerous substances, more specifically cocaine base (crack), in violation of Title 21 U.S.C. § 841(a).

5. Specifically, on June 5, 2018, members from ATF conducted a controlled purchase of cocaine base (crack) from an unidentified male later identified as WASHINGTON in the vicinity of Park Heights Avenue in Baltimore, Maryland. In said controlled purchase, ATF utilized a confidential informant ("CI 7816"). CI 7816 is a paid informant who has provided reliable information to law enforcement in the past. Additionally, in this investigation, the information provided by CI 7816 has been corroborated by law enforcement through physical surveillance, video surveillance, and the review of said recordings.

6. Prior to the controlled purchase, CI 7816 contacted another individual (TH) via telephone number (443) 475-6519. TH told CI 7816 to meet him on Park Heights Avenue. CI 7816 was given video and audio recording devices and provided with one hundred dollars ($100.00) of ATF Agent Cashier Funds. During the controlled purchase CI 7816 approached TH and an unidentified male, later identified as WASHINGTON, standing on the 5100 block of Park Heights Avenue. CI 7816 handed WASHINGTON one hundred dollars ($100.00) in ATF Agent Cashier Funds in exchange for a clear sandwich bag containing a hard white rock substance of suspected drugs. I have reviewed laboratory analysis reports from the suspected cocaine base (crack) purchased from WASHINGTON, and reports showed positive results for cocaine base (crack).



7. Thereafter, ATF began an investigation into identifying the drug seller. I looked at TH's Facebook account. Through a query of TH'S mutual friends, I identified the Facebook account: "Kane Washington." This account contained several photos of the drug seller, therefore I believe this account belongs to him. I used facial recognition through an investigative database (MIRS) to identify the previously unknown male as WASHINGTON. I showed a picture of WASHINGTON to CI 7816, and CI 7816 identified WASHINGTON as the individual who sold him/her drugs on June 5, 2018. Thus, I believe that WASHINGTON sold cocaine base to CI 7816 on June 5, 2018.

8. As a result of the above described information, there is probable cause to believe that WASHINGTON committed the crimes of 21 U.S.C. § 841(a), Distribution of Controlled and Dangerous Substances.

9. WHEREFORE, I respectfully request that the Court authorize the attached Criminal Complaint.

Special Agent John Messick
Bureau of Alcohol, Tobacco, Firearms and Explosives

FILED
LOGGED ENTERED
RECEIVED

Sworn to before me this __11__ day of January, 2019

JAN 11 2019

CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY DEPUTY

Hon. J. Mark Coulson
United States Magistrate Judge

3